745 A.2d 497

IN THE MATTER OF SIXTO MACIAS, AN ATTORNEY AT LAW.

February 9, 2000.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **SIXTO MACIAS** of **NORTH ARLINGTON**, who was admitted to the bar of this State in 1980, and who was suspended from the practice of law for a period of three months effective August 11, 1999, by Order of this Court dated July 16, 1999, be restored to the practice of law, effective immediately.